JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:   415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>$20,000 IN U.S. CURRENCY,<br><br>　　　　　　Defendant.<br>_____<br>ALDREW CROWE,<br><br>　　　　　　Claimant.<br>_____ | No. 10-CV-0361 PJH<br><br>STIPULATION AND ORDER TO RESCHEDULE CMC TO JULY 15, 2010 |

　　　　Pursuant to Civil Local Rule 6-1(b), the parties through their undersigned counsel, subject to the Court's approval, agree that the case management conference be rescheduled to July15, 2010 at 2:00 p.m.  Unless rescheduled, the CMC is currently set for June 17, 2010 at 2:00 p.m.

　　　　The reason for the requested rescheduling is that the parties have begun settlement discussions, but need additional time.  Counsel for claimant Crowe, who is based in Marietta, Georgia, is on vacation and will not be returning to the office until June 8, 2010.  Upon his

1  return, counsel for claimant Crowe wants to have an opportunity to discuss the settlement
2  possibilities with his client.  The additional 28 days will give the parties sufficient time to
3  determine whether they can resolve this case.
4
5  IT IS SO STIPULATED:              JOSEPH J. RUSSONIELLO
                                     United States Attorney
6
7  Dated:  June 2, 2010                      /s/
                                     PATRICIA J. KENNEY
8                                    Assistant United States Attorney
9
10                                   DAVID WEST & ASSOCIATES
                                     Attorneys at Law
11
12
13 Dated:  June 2, 2010                      /s/
                                     DAVID WEST
                                     Attorney for
14                                   Claimant Aldrew Crowe
15
16 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS
17  3rd   DAY OF JUNE, 2010.
18
19                                   _____
                                     HONORABLE PHYLLIS J. HAMILTON
20                                   United States District Judge

(Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California)

Stip & Order Resch. CMC
No. 10-CV-0361 PJH              2