JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CV-0361 PJH |
| Plaintiff, | |
| v. | SETTLEMENT AGREEMENT |
| $20,000 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| ALDREW CROWE, | |
| Claimant. | |

The Parties stipulate and agree as follows:

1.      Plaintiff is the United States of America ("United States").  Defendant is $20,000 in United States Currency ("Defendant $20,000").  After proper notification and publication was given, the only person who filed a timely Claim and Answer in this action is claimant Aldrew Crowe.  As a result, only claimant Crowe has a right to defend Defendant $20,000.  The United States and claimant Crowe are referred to as the "Parties" in this document which is referred to as the "Settlement Agreement" or "Agreement."

2.      After full and open discussion, the Parties agree to resolve any and all claims against Defendant $20,000, as well as against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice and Drug Enforcement Administration, arising out of the seizure and arrest of Defendant $20,000 and arising out of the allegations in plaintiff's Complaint for Forfeiture, filed on or about January 26, 2010.

3.      The Parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement.  It is expressly understood that this Agreement has been freely and voluntarily entered into by the Parties.  The Parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement.  This Agreement shall not be modified or supplemented except in writing signed by the Parties.  The Parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4.      The Parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5.      The Parties agree that claimant Crowe releases and discharges the United States and the Drug Enforcement Administration, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the seizure and arrest of Defendant $20,000 and arising out of the allegations in plaintiff's Complaint for Forfeiture, filed on January 26, 2010.

Settlement Agreement
No. 10-CV-0361 EMC                            2

1   6.   Claimant Crowe does not contest that the United States has sufficient evidence to

2   support the forfeiture of Defendant $20,000.  In order to resolve this case without the expense of

3   further litigation, however, the Parties have agreed that $16,500 of defendant shall be forfeited to

4   the United States and that $3,500 of defendant shall be returned to claimant Crowe, plus accrued

5   interest and less any outstanding debts claimant Crowe has to the United States.  The funds will be

6   transmitted by e-transfer to claimant Crowe and his attorney, David S. West, to his attorney''s trust

7   fund pursuant to the information that claimant Crowe's attorney provides on the standard ACH form

8   to the undersigned Assistant United States Attorney.  Such payment shall be in full settlement and

9   satisfaction of any and all claims by claimant Crowe, his heirs, representatives and assignees to

10  Defendant $20,000.

11   7.   Claimant Crowe shall hold harmless the United States, including its agents,

12  officers, representatives and employees, as well as any and all state and local law enforcement

13  officials, for any and all acts directly or indirectly related to the seizure of Defendant $20,000, the

14  facts alleged in the Complaint for Forfeiture and the forfeiture of $16,500 of Defendant $20,000.

15   8.   The United States and Claimant agree that each party shall pay its or his own

16  attorneys' fees and costs.

17  //

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Settlement Agreement
No. 10-CV-0361 EMC                    3

1      9.    Based on the foregoing Settlement Agreement, the Parties agree that, subject to the

2  Court's approval, this action be dismissed and that the proposed JUDGMENT OF FORFEITURE

3  which is submitted with this Settlement Agreement be entered.

4

5  IT IS SO STIPULATED:           JOSEPH P. RUSSONIELLO
                                  United States Attorney

6

7  Dated: 6/16 , 2010

8                                      PATRICIA J. KENNEY
                                  Assistant United States Attorney

9

10 Dated: 6/11 , 2010

11                                     DAVID S. WEST
                                    Attorney for Claimant Aldrew Crowe

12 Dated: 6/11 , 2010

13                                     ALDREW CROWE
                                    Claimant

14

15

16         BASED ON THE FOREGOING STIPULATION OF THE UNITED STATES AND

17 ALDREW CROWE, IT IS SO ORDERED ON THIS ___16th___ DAY OF __June____ , 2010.

18

19

20                         HONORABLE _____
                        United States Dist____

21

22

23

24

25

26

27

28

Settlement Agreement
No. 10-CV-0361 EMC                4